# UNITED STATES DISTRICT COURT
для the

District of

Division

U.S. DISTRICT COURT
DISTRICT OF MAINE
RECEIVED & FILED
2023 JUL 28 P 4: 15

DEPUTY CLERK

|  |  |
|---|---|
| Daniel L. Chase | Case No. _____ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| See attached | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

Fred Costlow, John Woodcock, John Nivison

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Daniel L Chase
Street Address: 177 Brann Road
City and County: Levant Penobscot County
Telephone Number: 207 217-9768
E-mail Address: Chase4rep@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

# UNITED STATES DISTRICT COURT
for the

    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address *(if known)*

Defendant No. 2  
    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address *(if known)*

Defendant No. 3  
    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address *(if known)*

Defendant No. 4  
    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address *(if known)*

# UNITED STATES DISTRICT COURT
for the

II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

28 CFR 35.105, 28 CFR 35.130, 28 CFR 35.149, 28 CFR 35.150, 28 CFR 35.160, **Treaty of 1898** between Spain and the United States (30 Stat. 1754, 1760),, 4 George 2 c.26 held within the 9th and 10th amendments, *48 U.S.C. § 864, 1st amendment, 5th amendment, 9th amendment, 10th amendment, 14th amendment, The Charter of Massachusetts Bay – 1691 held within the 9th and 10th amendments, 1780 Massachusetts Constitution held within the 9th and 10th amendments, § 255.10(a) Judicial Conference policy (JCUS-SEP 95, p. 75),. (28 U.S.C. § 1827), the universal declaration of human rights, 1948, the ADAAA of 2008, 42 U.S.C. 10801 to 10851,* **Public Law 111–274, § 420.40 Use of Interpreting Agencies,**   § 255.10(a), 18 USC §1346

B.   **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.   The Plaintiff(s)

a.   If the plaintiff is an individual

The plaintiff *(name)* _____ is a citizen of the State of *(name)* _____

b.   If the plaintiff is a corporation

The plaintiff *(name)* _____ is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

a.   If the defendant is an individual

# UNITED STATES DISTRICT COURT
## for the

The defendant *(name)* _____ is a citizen of the State of *(name)* _____ Or is a citizen of *(foreign nation)* _____

b.  If the defendant is a corporation
The defendant *(name)* _____ is incorporated under the laws of the State of *(name)* _____ and has its principal place of business in the State of *(name)* _____
Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy More than $75,000

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

> Damages that are based on denial of justice and deny case law are beyond price. Denial of rights must be deterred. Punitive damages are appropriate.

---

### III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

---

### IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

# UNITED STATES DISTRICT COURT
for the

A new trial based on the denial of the fundamental right of a meaningful access to the judiciary. Financial punishment to ensure the City of Bangor and the State of Maine will never allow a lawyer to deny effective communications and the right to a meaningful access to the Courts ever again.

---

**V.**     **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.**    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   7-28-2023

Signature of Plaintiff   *[signed]*
Printed Name of Plaintiff   Daniel l Chase

**B.**    **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address