UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel L. Chase

   v.                                              Case No. 23-cv-296-JL

Frederick F. Costlow, et al.

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 24, 2023.

The thrust of Mr. Chase's objection is that the court did not consider his allegations against Judges Nivison and Woodcock. Those allegations were not directly before the court, as only defendants Costlow and City of Bangor moved to dismiss the complaint. The allegations against Judges Nivison and Woodcock were, therefore, not germane to those motions.

**SO ORDERED**

_____
Joseph N. Laplante
United States District Judge

Date: March 19, 2024

cc:    Daniel L. Chase, pro se
        Frederick F. Costlow, Esq.
        Kevin Getchell Moynihan, Esq.