UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL L. CHASE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:23-cv-00296-JNL |
| | ) |
| FREDERICK F. COSTLOW et al | ) |
| | ) |
| Defendants, | ) |

JUDGMENT OF DISMISSAL

In accordance with the Orders entered by U.S. District Judge Joseph N. Laplante on March 19, 2024 and May 16, 2024,

JUDGMENT of dismissal with prejudice is hereby entered as to Defendants Frederick F. Costlow and the City of Bangor.

JUDGMENT of dismissal without prejudice is hereby entered as to Defendants John C. Nivison and John Alden Woodcock, Jr.

CHRISTA K. BERRY
CLERK

By:   /s/ Lindsey Tully
      Deputy Clerk

Dated: May 16, 2024